No. 02–8357. Lewis v. North Carolina. Ct. App. N. C. Certiorari denied.

No. 02–8359. Haddad v. Equal Employment Opportunity Commission. C. A. 6th Cir. Certiorari denied.

No. 02–8363. Shewmaker v. United States. C. A. 10th Cir. Certiorari denied.

No. 02–8364. Schauerman v. Neet, Warden, et al. C. A. 10th Cir. Certiorari denied.

No. 02–8365. Chambers v. United States. C. A. 6th Cir. Certiorari denied.

No. 02–8368. Diaz v. United States. C. A. 11th Cir. Certiorari denied.

No. 02–8370. Ceminchuk v. Olson, Solicitor General, et al. C. A. D. C. Cir. Certiorari denied.

No. 02–8372. Krug v. Krug. Ct. App. Wis. Certiorari denied.

No. 02–8373. Burger v. United States. C. A. 5th Cir. Certiorari denied.

No. 02–8374. Gonzalez-Casillas v. United States. C. A. 9th Cir. Certiorari denied.

No. 02–8375. Henderson v. United States. C. A. 4th Cir. Certiorari denied.

No. 02–8378. Tracy v. Olson, Warden. C. A. 7th Cir. Certiorari denied.

No. 02–8379. Williams v. United States. C. A. 5th Cir. Certiorari denied.

No. 02–8380. Wilson v. United States. C. A. 5th Cir. Certiorari denied.

No. 02–8382. Tolbert v. United States Steel Corp. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8384. Fulcher v. United States. C. A. 7th Cir. Certiorari denied.